IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS FERKLER and                :       CIVIL ACTION
EILEEN FERKLER                    :
          Plaintiffs              :
                                  :
          v.                      :
                                  :
STATE FARM FIRE & CASUALTY CO.    :
          Defendant               :       No. 02-4720


**ORDER TO SHOW CAUSE**

          AND NOW, this _____ day of August, 2002, IT IS HEREBY

ORDERED that the defendants shall explain to this Court, by August

12, 2002, why this case should not be remanded to the Court of

Common Pleas of Philadelphia County in view of the fact that in the

complaint the plaintiffs limit their demand to an amount not in

excess of $50,000.  See Compl. ¶ 8.

                                   BY THE COURT:


                                   _____
                                   MARY A. McLAUGHLIN,    J.