IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FERKLER and | : | CIVIL ACTION |
| EILEEN FERKLER, H/W | : | |
| v. | : | |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | NO. 02-4720 |

O R D E R

AND NOW, this 20th day of November, 2002, upon consideration of Defendant State Farm Fire & Casualty Company's Motion to Dismiss Count II (bad faith) of Plaintiffs' complaint, (Doc.# 2), and Plaintiff's response thereto, (Doc.# 12), it is hereby ORDERED that said motion is DENIED. The plaintiff's complaint adequately alleges a violation of the bad faith statute. None of the cases cited on pages 3 and 4 of the defendant's brief was decided at the motion to dismiss stage. Defendant's arguments are premature.

_____
MARY A McLAUGHLIN, J.

civil-o.frm (9/97)