IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS FERKLER and                  :
EILEEN FERKLKER,                    :
          Plaintiffs                :
                                    :
     v.                             :          NO. 02-CV-4720
                                    :
STATE FARM FIRE & CASUALTY CO.,     :
          Defendant                 :

## SCHEDULING ORDER

AND NOW, this ____ day of January, 2003, following a status conference in the above captioned case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by April 15, 2003.

2. Plaintiffs shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery. Plaintiff(s) shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

3. Defendants shall serve any reports of liability expert witnesses and/or respond to expert witness discovery relating to liability on or before the date for completion of discovery. Defendants shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within fifteen (15) days after the date for completion of discovery.

4. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before May 15, 2003.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.