IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS FERKLER, <br> EILEEN FERKLER | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| STATE FARM FIRE & CASUALTY COMPANY | : | NO. 02-4720 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, June 19, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

    Michael E. Kunz
    Clerk of Court


    By:_____
    ADRIENNE MANN
    Deputy Clerk
    Phone: 267-299-7075

Date: January 15, 2003

Copies:    Marion Scarengelli, Courtroom Deputy to Judge McLaughlin
              Docket Clerk - Case File

          Counsel:    Joseph A. Zenstein, Esq.
                     Lee E. Ullman, Esq.

ARB2.FRM