IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS FERKLER                                   :        CIVIL ACTION
                                                 :
          vs.                                    :
                                                 :        NO. 02-4720
STATE FARM FIRE & CASUALTY CO.

O R D E R

**AND NOW, TO WIT:** This 7th day of April, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Carol D. James,
Deputy Clerk

Civ 2 (7/95)
41(b).frm